1  BARRY J. PORTMAN
   Federal Public Defender
2  *Angela M. Hansen*
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant *Hansen*
6

```
                              FILED
                           MAR 30 2012
                         RICHARD W. WIEKING
                        CLERK, U.S. DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
                                OAKLAND
```

7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11 UNITED STATES OF AMERICA,        )   No. CR- 4-12-70356
                                    )
12           Plaintiff,              )
                                    )   Assertion of Fifth and Sixth Amendment
13 vs.                               )   Rights
                                    )
14 *D'marce Hutcherson*              )
                                    )
15           Defendant.              )
                                    )

16
17   I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to
18 remain silent and to have counsel present at any and all of my interactions with the government
19 or others acting on the government's behalf. I do not wish to, and will not, waive any of my
20 constitutional rights except in the presence of counsel. I do not want the government or others
21 acting on the government's behalf to question me, or to contact me seeking my waiver of any
22 rights, unless my counsel is present.

23   _DKH_____    _3/30/12_    _9:45 am_
     Defendant            Date         Time
24   _____    _3/30/12_    _9:45 am_
25   Assistant Federal Public Defender   Date   Time
26

Assertion of Fifth and Sixth Amendment Rights